Stephanie R. Tatar (237792)
TATAR LAW FIRM, APC
3500 West Olive Avenue, Suite 300
Burbank, CA 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695

*Attorneys for Plaintiff Saiid Mohamed*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SAIID MOHAMED**<br><br>     **Plaintiff,**<br><br>v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.**<br>  **and**<br>**WELLS FARGO BANK N.A.**<br><br>     **Defendants.** | Case No. 8:17-cv-01058-AG-JDE<br><br>**NOTICE OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF**<br><br>Date:   July 23, 2018<br>Time:  10:00 a.m.<br>Place:  Courtroom 10D<br>Judge: Hon. Andrew J. Guilford |

PLEASE TAKE NOTICE that on Monday, July 23, 2018 at 10:00 A.M, or as soon thereafter as this matter may be heard, Plaintiff's counsel Stephanie R. Tatar shall, pursuant to Rule 24 of the Federal Rules of Civil Procedure and Local Rule 83-2.3.2 move for leave to withdraw as counsel for Plaintiff, Saiid Mohamed. In support of said motion, Plaintiff submits the attached Motion.

| | | |
|---|---|---|
| 1 | Dated: June 11, 2018 | Respectfully submitted, |
| 2 | | |
| 3 | | **TATAR LAW FIRM, APC** |
| 4 | | */s/ Stephanie R. Tatar* |
| 5 | | Stephanie R. Tatar |
| | | 3500 West Olive Avenue |
| 6 | | Suite 300 |
| | | Burbank, CA 91505 |
| 7 | | Telephone: (323) 744-1146 |
| | | Facsimile: (888) 778-5695 |
| 8 | | Stephanie@thetatarlawfirm.com |
| 9 | | *Attorney for Plaintiff Saiid Mohamed* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27