Stephanie R. Tatar (237792)
**THE TATAR LAW FIRM**
3500 West Olive Avenue, Suite 300
Burbank, CA 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695
Stephanie@thetatarlawfirm.com

*Attorneys for Plaintiff Saiid Mohamed*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAIID MOHAMED<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br>  and<br>WELLS FARGO BANK N.A.<br><br>Defendants. | Case No. 8:17-cv-01058-AG-JDE<br><br>**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**<br><br>Date:  July 23, 2018<br>Time:  10:00 a.m.<br>Courtroom: 10D<br>Judge: Hon. Andrew J. Guilford |

Plaintiff's counsel, Stephanie R. Tatar, Tatar Law Firm, APC ("Tatar Law Firm") hereby moves this Court for leave to withdraw as counsel for Plaintiff with respect to any remaining claims against Experian Information Solutions, Inc. ("Experian") and Wells Fargo Bank N.A. ("WF"), pursuant to Federal Rule of Civil Procedure Rule 24 and Local Rule 83-2.3.2.  In support of said motion, Stephanie R. Tatar avers as follows:

1
MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF

1. The undersigned counsel has determined that Stephanie R. Tatar and Tatar Law Firm can no longer best represent Plaintiff's interest in the above captioned lawsuit because of a fundamental disagreement regarding the facts of the case which have recently come to light, and because of Plaintiff's refusal to execute the settlement agreements between Plaintiff and Defendants, Experian and WF, which was not foreseen at the outset of litigation. The settlements were previously agreed to by Plaintiff.

2. As a result of these circumstances, Plaintiff was notified on April 25, 2018, April 27, 2018, May 19, 2018 and May 25, 2018 that Tatar Law Firm would be withdrawing as counsel from this action if we received no communication from the Plaintiff, and litigation had to continue.

3. To date, Plaintiff has not executed the settlement agreements between Plaintiff and Defendants, Experian or WF, to the undersigned counsel's knowledge for this matter.

4. To date, Plaintiff has not affirmed his intention to execute the settlement agreements between Plaintiff and Defendants, Experian or WF, to the undersigned counsel's knowledge for this matter.

5. To date, Plaintiff has not retained new counsel to the undersigned counsel's knowledge for this matter.

6. To date, Plaintiff has not affirmed that he desires Tatar Law Firm to continue on as his attorneys in this action to the undersigned counsel's knowledge for this matter.

7. To date, Plaintiff has refused and continues to refuse to communicate with Stephanie R. Tatar, Tatar Law Firm, or any of his attorneys.

8. Accordingly, the undersigned counsel reasonably believes that Plaintiff, by and through his actions and inactions; does not intend to finalize the settlement agreements; does not desire Tatar Law Firm to continue on as his attorneys; and therefore, has constructively discharged the firm from representing his interests in this lawsuit thus necessitating that Tatar Law Firm withdraw from the case as counsel for Plaintiff.

9. Plaintiff's last known mailing address and telephone number are as follows:

Saiid Mohamed
1336 63rd Ave.
Oakland, CA 94621
(510)500-7308

10. Concurrently with the filing of this motion, the Tatar Law Firm sent via USPS, Priority Mail, a copy of this motion and proposed order to the Plaintiff.

11. For the foregoing reasons, and for good cause shown, Tatar Law Firm respectfully requests that the Court grant its request for leave to withdrawal as counsel for Plaintiff.

Respectfully submitted,

**TATAR LAW FIRM, APC**

*/s/ Stephanie R. Tatar*
Stephanie R. Tatar
3500 West Olive Avenue
Suite 300
Burbank, CA 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695
Stephanie@thetatarlawfirm.com

*Attorney for Plaintiff Saiid Mohamed*

Date: June 11, 2018

# CERTIFICATE OF SERVICE

### Saiid Mohamed v. Experian Information Solutions, et al
### Case No. 8:17-cv-01058-AG-JDE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause.

On June 11, 2018, I served a true copy of the

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

[ ]  By personally delivering it to the person(s) indicated below in the manner as provided in FRCivP5(B);

[☒]  By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following via Priority Mail to the following:

Saiid Mohamed
1336 63rd Ave.
Oakland, CA 94621

[ ]  By serving a pdf copy via e-mail transmission to the following;

[☒]  By ECF: On this date, I electronically filed the preceding document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

Jennifer Sun
Jones Day
3161 Michelson Drive
Suite 80
Irvine CA 92612
JenniferSun@jonesday.com

5
MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Alisa A Givental
Severson & Werson APC
One Embarcadero Center
Ste 2600
San Francisco CA 94111
aag@severson.com

I declare under penalty of perjury that the above is true and correct, and that I am employed in or by the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 11, 2018, at Burbank, California.

_____
Stephanie R. Tatar